

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00299-CV

---

Eric Erdeljac, Appellant

v.

Kalahari Development LLC; KR Acquisitions, LLC d/b/a Kalahari Resorts & Conventions; and Gerson Velasquez, Appellees

---

On Appeal from the 425th Judicial District Court
Williamson County, Texas
Trial Court No. 23-2650-C425

---

## MEMORANDUM OPINION

The parties have filed an agreed motion requesting that we dismiss this appeal with prejudice, that "Plaintiff's claims against Defendants be in all things dismissed with prejudice to the re-filing of same," and that court costs be "taxed against the party incurring same." Tex. R. App. P. 42.1(a)(2)(A), (d). No opinion has issued. Tex. R. App. P. 42.1(c).

We grant the motion, render judgment dismissing Appellant's claims against Appellees with prejudice, and dismiss the appeal with prejudice. Tex. R. App. P. 42.1(a)(2)(A). We dismiss any other pending motions as moot. Costs will be taxed against the party incurring the costs. Tex. R. App. P. 42.1(a)(2)(A), (d).

MARIA SALAS MENDOZA, Chief Justice

April 22, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.